IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| CAROLINA CARRASQUERO,<br><br>   *Plaintiff,*<br><br>   v.<br><br>VOYA INSTITUTIONAL PLAN SERVICES, LLC,<br><br>   *Defendant.* | Case No. 3:21-cv-01181-HES-PDB |

**NOTICE OF PENDENCY OF OTHER ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

_____   IS   related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

_____

_____

_____

_____

__X____ IS NOT   related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:  January 28, 2022

Respectfully submitted,

/s/ Cathy J. Beveridge

>Cathy J. Beveridge
>Florida Bar No: 831018
>cathy.beveridge@bpic.com
>Mia C. Larson
>Florida Bar No: 1031991
>mia.larson@bipc.com
>BUCHANAN INGERSOLL & ROONEY PC
>401 East Jackson Street, Suite 2400
>Tampa, Florida 33602
>Tel: (813) 222-8180
>Fax: (813) 222-8189

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that the foregoing document was electronically filed this 28th day of January, 2022 by using the CM/ECF to the following:

>Archibald J. Thomas, III, Esq.
>Samuel B. Kanupp, Esq.
>Law Offices of Archibald J. Thomas, III, P.A.
>4651 Salisbury Road, Suite 255
>Jacksonville, FL 32256
>
>*Attorneys for Plaintiff*
>
>                    /s/ Cathy J. Beveridge

4826-3818-9522, v. 1