UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CAROLINA CARRASQUERO,

    Plaintiff,

v.                      CASE NO. 3:21-cv-1181-HES-PDB

VOYA INSTITUTIONAL PLAN
SERVICES, LLC,

    Defendant.
_____/

## ORDER

This matter is before this Court on a Joint Motion to Compel Arbitration and Stay Proceedings (Dkt. 5).

This litigation arises out of Plaintiff's former employment with VIPS. Plaintiff alleges claims of sex and national origin discrimination under Title VII of the Civil Rights Act of 1964, 42 U.S.C. §2000e *et seq*. As part of her employment with VIPS, Plaintiff entered into a binding arbitration agreement governing any claims against VIPS. Thus, the Parties request that the Court enter an Order compelling this matter to arbitration and staying the proceedings pending resolution of the arbitration.

Accordingly, it is **ORDERED**:

1. The Joint Motion to Compel Arbitration and Stay Proceedings (Dkt. 5)

is **GRANTED**;

2. This action is **STAYED** pending completion of arbitration under the binding arbitration agreement; and

3. Every ninety (90) days, Plaintiff must file a notice to this Court on the progress of the arbitration.

**DONE AND ORDERED** at Jacksonville, Florida, this 2nd day of February 2021.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Samuel Benjamin Kanupp, Esq.
Cathy J. Beveridge, Esq.